UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Janice P. Ruffin,**<br>7710 Klovastad Drive<br>Ft. Washington, MD 20744<br>    **Plaintiff,**<br><br>    v.<br><br>**Department of Youth Rehabilitation Services,** *et al.*<br><br>    **Defendants.** | Civil Action No.: 06-2261 |

## PRAECIPE OF APPEARANCE

Will the Clerk of the Court please enter the appearance of Assistant Attorney General Leah Brownlee Taylor as an attorney for the Department of Youth Rehabilitation Services, Vincent Schiraldi, David Brown, Mark Schindler, LaVern Evans, Dexter Dunbar, D.J. Thomas, Fitgerald Fant and Cathy Ohler.

> Respectfully submitted,
>
> LINDA SINGER
> Acting Attorney General for the District of Columbia
>
> <u>GEORGE C. VALENTINE</u>
> Deputy Attorney General, Civil Litigation Division
>
> ____/s/_____
> PATRICIA A. JONES [428132]
> Chief, General Litigation, Section IV
>
> ____/s/_____
> LEAH BROWNLEE TAYLOR [488966]
> Assistant Attorney General
> 441 4th Street, N.W.

Sixth Floor South
Washington, D.C. 20001
(202) 724-7854; (202) 724-7854; (202) 727-6295
leah.taylor@dc.gov