UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                              )
**Janice P. Ruffin,**                         )     **Civil Action No.: 06-2261**
**7710 Klovastad Drive**                       )
**Ft. Washington, MD 20744**                   )
                    **Plaintiff,**             )
                                              )
                    **v.**                     )
                                              )
**Department of Youth Rehabilitation**         )
**Services,** *et al.*                         )
                                              )
                    **Defendants.**            )
_____       )


**MOTION FOR ENLARGEMENT OF TIME TO FILE AN ANSWER**

Pursuant to Fed. Civ. P. R. 6(b), the defendants the Department of Youth Rehabilitation

Services, Vincent Schiraldi, David Brown, Mark Schindler, LaVern Evans, Dexter Dunbar, D.J.

Thomas, Fitgerald Fant and Cathy Ohler.hereby move for enlargement of time to file an answer

or responsive pleading, up to and including January 19, 2007, and as grounds therefor state as

follows:

1.  Undersigned counsel was recently assigned the above action.  This action was

    originally filed in the Superior Court of the District of Columbia and removed to the

    United States District Court for the District of Columbia on December 29, 2006. FRE

    81(c) requires that answers to removed actions be filed " . . . within 5 days after filing

    of removal petition".

2.  Undersigned counsel has been preparing for the trial *Thomas v. DC* , CA 03-32, which

    is scheduled for January 8, 2006 before Judge Royce Lamberth.  Despite counsel's best

efforts to prepare a responsive pleading to plaintiff's complaint, due to counsel's trial schedule, counsel needs additional time to complete a responsive pleading.

3.   The defendants respectfully request that this Court extend the time to file a responsive pleading to plaintiff's complaint to January 19, 2007.

4.  The plaintiff will not be prejudiced by this two week extension of time.

For all the above-stated reasons and those set forth in the accompanying memorandum of points and authorities, additional time up to and including January 19, 2007, is requested to file an answer to plaintiff's complaint.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____/s/_____
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

_____/s/_____
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7854; (202) 724-7854; (202) 727-6295
leah.taylor@dc.gov

**CERTIFICATE PURSUANT TO RULE 7.1(m)**

I hereby certify that the undersigned counsel contacted the plaintiff and did obtain her consent.

_____/s/_____
LEAH BROWNLEE TAYLOR [488966

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                  )
**Janice P. Ruffin,**                  )     **Civil Action No.: 06-2261**
**7710 Klovastad Drive**
**Ft. Washington, MD 20744**    )
           **Plaintiff,**        )
                                    )
         **v.**                 )
                                      )
**Department of Youth Rehabilitation** )
**Services,** *et al.*           )
                                    )
           **Defendants.**     )
_____ )

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
MOTION FOR ENLARGEMENT OF TIME**

      In support of its Motion, the parties rely upon the following authorities:

1.       Inherent Power of the Court.

2.       Fed. Civ. P. R. 6(b).

3.       The record herein.

                       Respectfully submitted,

                       LINDA SINGER
                       Acting Attorney General for the District of Columbia

                       GEORGE C. VALENTINE
                       Deputy Attorney General, Civil Litigation Division

                       _____
                          /s/
                       PATRICIA A. JONES [428132]
                       Chief, General Litigation, Section IV

_____/s/_____

LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7854; (202) 724-7854; (202) 727-6295
leah.taylor@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
**Janice P. Ruffin,**                   )    **Civil Action No.: 06-2261**
**7710 Klovastad Drive**                )
**Ft. Washington, MD 20744**            )
          **Plaintiff,**                )
                                        )
          **v.**                        )
                                        )
**Department of Youth Rehabilitation**  )
**Services, *et al.***                   )
                                        )
          **Defendants.**               )
_____    )

### ORDER

    Upon consideration of the Motion for Enlargement of Time to File an Answer, the

Memorandum of Points and Authorities filed in support thereof, and the entire record herein, and

it appearing to the Court that the motion should be granted, it is by the Court this ___ day of

_____, 2007,

    ORDERED: That the motion shall be and the same is hereby granted; it is,

    FURTHER ORDERED: That the time to file an answer is extended up to and including

January 19, 2007.


_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA