UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Janice P. Ruffin,<br><br>      Plaintiff,<br><br>      v.<br><br>Department of Youth Rehabilitation Services, et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-2261 (RWR)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF PREVIOUSLY FILED MOTION TO DISMISS COMPLAINT

Defendant Pili Robinson, by and through undersigned counsel, hereby respectfully notifies the Court that on December 26, 2006, prior to this case's removal to this Court from the Superior Court for the District of Columbia, Defendant filed a Motion to Dismiss Complaint. A copy of that Motion was included as Attachment A to the Praecipe filed January 22, 2007.

Respectfully submitted,

/s/ Andrew T. Wise
Andrew T. Wise, #456-865
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005-5701
Phone: (202) 626-5800
Fax: (202) 626-5801
Attorney for Pili Robinson

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Previously Filed Motion to Dismiss Complaint was mailed, first class, postage prepaid, this 23rd day of January, 2007, upon each of the parties listed below:

>Janice P. Ruffin
>7710 Klovstad Drive
>Fort Washington, MD 20744
>
>Leticia L. Valdes, Esq.
>Assistant Attorney General
>441 4th Street, N.W.
>Sixth Floor South
>Washington, D.C. 20001

_____
Andrew T. Wise