```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

_____
                                    )
**JANICE P. RUFFIN,**                    )
                                    )
       Plaintiff,                    )
                                    )
   v.                              )    Civil Action No. 06-2261 (RWR)
                                    )
**DEP'T OF YOUTH REHABILITATION**       )
**SERVICES et al.,**                    )
                                    )
       Defendants.                   )
_____)

## ORDER

On January 19, 2007, multiple defendants filed a motion to dismiss the claims against them, and on January 23, 2007, defendant Pili Robinson also filed a motion to dismiss. On February 5, 2007, this Court issued an order advising the *pro se* plaintiff of her obligation to respond by March 7, 2007, and that failure to respond may result in dismissal of the complaint. Plaintiff has failed to file a response to defendants' motions. Accordingly, it is hereby

ORDERED that defendants' motions [5] and [7] to dismiss the complaint be, and hereby are, GRANTED as conceded. It is further

ORDERED that plaintiff's complaint be, and hereby is, DISMISSED. This is a final, appealable Order.

SIGNED this 12th day of April, 2007.

                                      _____/s/_____
                                      RICHARD W. ROBERTS
                                      United States District Judge